**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia Ochoa<br>Donald Ochoa<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 20-14670 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-3, Mortgage Pass Through Certificates, Series 2006-3 and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
13 Aug 2021, 12:13:10, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322