# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Donald Ochoa<br>　　　　Patricia Ochoa<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-3, Mortgage Pass Through Certificates, Series 2006-3, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　　vs.<br>Donald Ochoa<br>Patricia Ochoa<br>　　　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　　　Trustee | NO. 20-14670 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2006-3, Mortgage Pass Through Certificates, Series 2006-3, which was filed with the Court on or about **August 16, 2021, docket number 41**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: September 22, 2021