**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: PATRICIA OCHOA AND DONALD OCHOA               CASE NO: 20-14670-elf

I, Theodore B. Weiss, Attorney for debtors do hereby certify that by filing the following attached Notice of Chapter 13 Plan, I have caused the following parties to be electronically served via VCF and Pacer to the following parties as listed in the master mailing list or matrix of the Petition including:

| | |
|---|---|
| Deutsche Bank | Chapter 13 Trustee |
| One Columbus Circle | Leroy Etheridge |
| New York, New York 10019 | 1234 Market Street, Suite 1813 |
| | Philadelphia, PA 19103 |
| | |
| City of Philadelphia Revenue Department | Office of the US Trustee |
| 1401 JFK Boulevard | 200 Chestnut Street, Suite 502 |
| Philadelphia, PA 19102 | Philadelphia, PA 19106 |

Date: 10/20/2021                                                                                      /s/Theodore Weiss