United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-14670-elf

Patricia Ochoa  Chapter 13

Donald Ochoa

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Nov 03, 2021  Form ID: 155  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patricia Ochoa, Donald Ochoa, 6011 Spruce Street, Philadelphia, PA 19139-3739 |
| 14566823 | | City of Philadelphia, Department of Revenue, Philadelphia, PA 19103 |
| 14570024 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14629572 | + | Deutsche Bank National Trust Company, as Trustee f, C/oRebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14566824 | + | FC Cann and Associates, 1600 Osgood Street, Suite 20, North Andover, MA 01845-1048 |
| 14566825 | + | Specialized Loan Servicing, 6200 South Quebec Street, Englewood, CO 80111-4720 |
| 14566826 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood, CO 80111-4720 |
| 14594921 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14582663 | + Email/Text: g20956@att.com | Nov 03 2021 23:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14585727 | Email/Text: megan.harper@phila.gov | Nov 03 2021 23:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14571100 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 03, 2021 | Form ID: 155 | Total Noticed: 11

Date: Nov 05, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Home Equity Loan Trust 2006-3, Mortgage Pass Through Certificates, Series 2006-3 bkgroup@kmllawgroup.com |
| THEODORE B. WEISS | on behalf of Joint Debtor Donald Ochoa tweisslaw@aol.com |
| THEODORE B. WEISS | on behalf of Debtor Patricia Ochoa tweisslaw@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Patricia Ochoa and Donald Ochoa
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−14670−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this November 2, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

57 − 15
Form 155