# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 20-14670-ELF

PATRICIA OCHOA
DONALD OCHOA
6011 SPRUCE STREET

PHILADELPHIA, PA 19139

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICIA OCHOA
    DONALD OCHOA
    6011 SPRUCE STREET

    PHILADELPHIA, PA 19139

Counsel for debtor(s), by electronic notice only.

    THEODORE B WEISS
    1608 WALNUT ST
    SUITE 1300
    PHILA, PA 19103-

                                                  /S/ Kenneth E. West

Date: 3/25/2022                                        _____

                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee