LBF. 9014-3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  PATRICIA OCHOA AND DONALD OCHOA            Chapter 13

                                   Bankruptcy. No.20-14670-ELF

*Debtors*

-----------------------------------------------------------------------------------------------------------------

**PATRICIA AND DONALD OCHOA** have filed an Answer to the Chapter 13's Motion to Dismiss for Lack of Plan Payments with the Court.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.

2. If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before January 28, 2022, you or your attorney must file a response to the motion.

3. A hearing on the motion is scheduled to be held on April 26, 2022 at 10 A.M. in Courtroom #1 United States Bankruptcy Court, 900 Market Street Philadelphia PA Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the motion, the court may cancel the hearing and enter the order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215)-408-2800 and for Reading Cases at 610-208-5040 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of the notice.

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are required to file electronically, you must file your response at

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough    so that it will be received on or before the date stated in Paragraph 2 on the previous page of this notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the response to Movant's attorney:

   Office of the Chapter 13 Trustee
   1234 Market Street, Suite 1813
   Philadelphia, PA 19107

   U.S. Trustee
   Office of the United States Trustee
   200 Chestnut Street
   Suite 502
   Philadelphia, PA 19106

   Patricia and Donald Ochoa
   6011 Spruce Street
   Philadelphia, PA 19139

Dated: April 6, 2022

/s/Theodore B. Weiss, Esquire
Attorney for Debtors, Patricia Ochoa
and Donald Ochoa
1521 Locust Street, 9th Floor

Philadelphia, PA 19103
 (215)-545-0782