# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing answer to the Chapter 13 Trustees Motion to Dismiss was served and filed upon the following individuals through the bankruptcy courts local ECF and or Pacer Systems pursuant to local rule 9014.4 and that original service through the US postal service will be made to the following parties:

Kenneth E. West

Office of the Chapter 13 Standing Trustee

1234 Market Street- Suite 1813

Philadelphia, PA 19107


U.S. Trustee

Office of United States Trustee

200 Chestnut Street

Suite 502

Philadelphia, PA 19106


Patricia and Donald Ochoa

6011 Spruce Street

Philadelphia, PA 19139


Dated:  April 6, 2022

/s/Theodore B. Weiss, Esquire
1521 Locust Street, 9th Floor
Philadelphia, PA 19103
Tweisslaw@aol.com
Tweisslaw@tweisslaw.org
215-545-0782