**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> PATRICIA OCHOA <br> DONALD OCHOA | Chapter 13 |
| Debtor | Bankruptcy No. 20-14670-ELF |

# O R D E R

**AND NOW**, this \_\_\_7th\_\_\_ day of \_\_\_June\_\_\_, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
THEODORE B WEISS
1608 WALNUT ST
SUITE 1300
PHILA, PA 19103-

Debtor:
PATRICIA OCHOA
DONALD OCHOA
6011 SPRUCE STREET

PHILADELPHIA, PA 19139