United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Patricia Ochoa  
Donald Ochoa  
    Debtors

Case No. 20-14670-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 07, 2022 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patricia Ochoa, Donald Ochoa, 6011 Spruce Street, Philadelphia, PA 19139-3739 |
| cr | + | Deutsche Bank National Trust Company, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14566823 | | City of Philadelphia, Department of Revenue, Philadelphia, PA 19103 |
| 14629572 | + | Deutsche Bank National Trust Company, as Trustee f, C/oRebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14566824 | + | FC Cann and Associates, 1600 Osgood Street, Suite 20, North Andover, MA 01845-1048 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14582663 | + | Email/Text: g20956@att.com | Jun 07 2022 23:58:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14585727 | | Email/Text: megan.harper@phila.gov | Jun 07 2022 23:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14570024 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 07 2022 23:58:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14571100 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2022 00:07:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14566825 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 07 2022 23:58:00 | Specialized Loan Servicing, 6200 South Quebec Street, Englewood, CO 80111-4720 |
| 14566826 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 07 2022 23:58:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood, CO 80111-4720 |
| 14594921 | | Email/Text: EDBKNotices@ecmc.org | Jun 07 2022 23:58:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 07, 2022 | Form ID: pdf900 | Total Noticed: 14 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley Home Equity Loan Trust 2006-3, Mortgage Pass Through Certificates, Series 2006-3 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THEODORE B. WEISS | on behalf of Joint Debtor Donald Ochoa tweisslaw@aol.com |
| THEODORE B. WEISS | on behalf of Debtor Patricia Ochoa tweisslaw@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> PATRICIA OCHOA <br> DONALD OCHOA | Chapter 13 |
| Debtor | Bankruptcy No. 20-14670-ELF |

## ORDER

**AND NOW**, this ___7th___ day of ___June___, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
THEODORE B WEISS
1608 WALNUT ST
SUITE 1300
PHILA, PA 19103-

Debtor:
PATRICIA OCHOA
DONALD OCHOA
6011 SPRUCE STREET

PHILADELPHIA, PA 19139